IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
In Admiralty
CIVIL ACTION NO. 7:22-cv-31-D

| | |
|---|---|
| JAN BRITT LYNN, Administratrix of the Estate of Megan Allison Lynn, )<br>)<br>)<br>Plaintiff )<br>v. )<br>)<br>MATTHEW FERSTER, JUSTIN SPIVEY, )<br>TRAVIS REED SUGGS and PAMELA )<br>FOWLER SUGGS, )<br>)<br>Defendants ) | **ENTRY OF DEFAULT** |

THAT WHEREAS, it has been made to appear to the undersigned Clerk of the United States District Court for the Eastern District of North Carolina, upon Affidavit that Summons and Complaint in this action were served on the Defendant, Pamela Fowler Suggs on March 3, 2022 and the time with which to answer or otherwise plead has expired, said time has not been extended and no answer or other pleading has been filed by the Defendant and the Defendant has not otherwise appeared to defend this action;

It further appearing to the Court that the Defendant, Pamela Fowler Suggs, is in default for failure to plead or otherwise defend as required by law.

NOW, THEREFORE, Entry of Default is hereby entered against Pamela Fowler Suggs, as provided by Rule 55 (a) of the Federal Rules of Civil Procedure.

This the _12_ day of _July_, 2022.

Clerk, U.S. District Court
Eastern District of North Carolina